```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eldigadt Urzua, *et al.*,

     Plaintiffs,

  –v–

El Porton Bar & Restaurant Corp., *et al.*,

     Defendants.

19-cv-8090 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

  At the Initial Pretrial Conference in this matter, the Court referred the parties to this District's Mediation Program and did not enter a case management plan.  The Court further ordered that if mediation failed, the parties should submit a revised case management plan within one week.

  On March 31, 2020, the Court granted the parties an extension of time to mediate until June 15, 2020.  Dkt. No. 29.  As of this date, the Court has still not received an update on the parties' mediation, nor have the parties submitted a revised case management plan.

  The parties are ordered to submit a joint status update and, if this case has not settled, a revised case management plan no later than August 12, 2020.

SO ORDERED.

Dated: August 4, 2020
   New York, New York

*[signature]*

ALISON J. NATHAN
United States District Judge