UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2020

Urzua *et al.*,

        Plaintiffs,

–v–

El Porton Bar & Restaurant Corp. *et al*,

        Defendants.

19-cv-08090 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In the parties' Case Management Plan, they indicated that they would submit a letter informing the Court whether or not they are seeking referral to the Southern District's Mediation Program by October 2, 2020. The Court has not received the letter. The parties are instructed to file the letter by October 7, 2020.

SO ORDERED.

Dated: October 5, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge