```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
Urzua, et al.,                                                    :
                                                                  :
                            Plaintiffs,                           :     19-cv-08090 (AJN)
                                                                  :
            -v-                                                   :     ORDER
                                                                  :
El Porton Bar & Restaurant No. 2 Corp., et al.,                   :
                                                                  :
                            Defendants.                           :
                                                                  :
------------------------------------------------------------------:
                                                                  X
```

ALISON J. NATHAN, United States District Judge:

    In light of the COVID-19 public health crisis, the Court will not hold the upcoming post-discovery conference scheduled for November 13, 2020 in person. Counsel should submit a joint status letter on ECF no later than November 6, 2020. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP;

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates; and

5) Indicate whether they can do without a conference altogether.

    After reviewing the parties' joint status letter, the Court will issue an order indicating whether the conference is cancelled and addressing any other relevant deadlines and information. If a conference is held, it will be by telephone, albeit perhaps at a different time than the currently scheduled time. To that end, if counsel believe that a conference would be appropriate, they should indicate in their joint status letter all times on the date of the scheduled conference that they would be available for a telephone conference. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

SO ORDERED.

Dated: October 21, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge