# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

jgottheim@faillacelaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/20
```

**VIA ECF**

Hon. Alison J. Nathan  
United States Magistrate Judge  
United States Courthouse  
40 Foley Sq.  
New York, NY 10007

Re: *Urzua et al v. el Porton Bar & Restaurant Corp. et al*  
<u>Index No. 19-cv-08090-AJN</u>

Your Honor:

      We represent Plaintiffs Elidagat Urzua and Plaintiff Antonia Ramos Anastacio Ramos ("Plaintiffs") in the above-referenced matter. I write to request an adjournment of the Case Management Conference in this matter which was recently rescheduled for November 20, 2020 at 3:45 p.m. I write to respectfully request an adjournment of this conference as late Friday afternoon engagements, particularly at this time of year, present a conflict with my religious observance.

      The parties are currently scheduled to engage in mediation on November 23. Accordingly, the parties believe that it would be best to adjourn the Case Management Conference until after the planned mediation. Accordingly, the parties jointly request that the Court adjourn the conference currently scheduled for November 20 for a date and time, other than a Friday afternoon, from November 30 onward. Times during the week of November 30 in which Plaintiffs' counsel is available include December 1 from 9 AM to 3 PM and December 3 from 1 PM to 5 PM.

      On behalf of Plaintiffs, I thank the Court for its time and attention.

SO ORDERED.

Respectfully Submitted,

/s/Jordan Gottheim  
Jordan Gottheim

> The conference is adjourned to December 3, 2020 at 3:45 P.M. The parties must submit their joint letter, *see* Dkt. 37, by November 26, 2020.

cc: Defendants' Cousnel (via ECF)

*[Signature]* 11/12/20  
SO ORDERED.  
ALISON J. NATHAN, U.S.D.J.

*Certified as a minority-owned business in the State*