# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165
_____

jgottheim@faillacelaw.com

Teleph...
Facsi...

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/20
```

November 25, 2020

**VIA ECF**

Hon. Alison J. Nathan
United States Magistrate Judge
United States Courthouse
40 Foley Sq.
New York, NY 10007

> Re:  *Urzua et al v. el Porton Bar & Restaurant Corp. et al*
>      Index No. 19-cv-08090-AJN

Your Honor:

We represent Plaintiffs Elidagat Urzua and Plaintiff Antonia Ramos Anastacio Ramos ("Plaintiffs") in the above-referenced matter. I write to request an adjournment of the Case Management Conference in this matter which was recently rescheduled for December 3 2020 at 3:45 p.m.

The parties engaged in a mediation session on November 23 (see my letter motion of November 11). At said mediation session, the parties reached an agreement in principal to resolve this litigation. The parties, through their respective counsel, are in the process of working out the details of such agreement. Accordingly, it is respectfully requested that the Court adjourn next week's conference.

SO ORDERED.

On behalf of Plaintiffs, I thank the Court for its time and attention.

The conference is adjourned sine die pending the parties pursuit of settlement.  The parties are instructed to submit a joint letter by December 18, 2020 updating the Court on the status of settlement.

Respectfully Submitted,

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
11/25/20

/s/Jordan Gottheim
Jordan Gottheim

cc: Defendants' Cousnel (via ECF)

*Certified as a minority-owned business in the State of New York*