**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

ELDIGADT URZUA and ANTONIA
RAMOS ANASTACIO, individually and on
behalf of others similarly situated,

Plaintiffs,

-against-

EL PORTON BAR & RESTAURANT CORP.
(D/B/A EL PORTON), EL PORTON BAR &
RESTAURANT NO. 2 CORP. (D/B/A EL
PORTON BAR), RAFAEL MERLIN , and
MEYLEN ENG,

Defendants.

-----------------------------------------------------------X

Case No. 1:19-cv-8090

**NOTICE OF PLAINTIFFS'**
**ACCEPTANCE OF DEFENDANTS'**
**OFFER OF JUDGMENT**
**PURSUANT TO F.R.C.P. RULE 68**

    Plaintiffs ELDIGADT URZUA and ANTONIA RAMOS ANASTACIO, through undersigned counsel, hereby notify the Court that on or about December 22, 2020, said Plaintiffs accepted the Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, extended by Defendants EL PORTON BAR & RESTAURANT CORP. (D/B/A EL PORTON), EL PORTON BAR & RESTAURANT NO. 2 CORP. (D/B/A EL PORTON BAR), RAFAEL MERLIN, and MEYLEN ENG) in the amount of $75,000.00. Annexed hereto are copies of, respectively, (a) said Offer of Judgment; (b) Plaintiffs' said acceptance of said Offer of Judgment; (c) Proof of Service of (1) said offering Defendants' Offer of Judgment and of (2) Plaintiffs' acceptance of said Offer of Judgment; and (d) a Proposed Order entering judgment pursuant to said Offer and Acceptance.

    Dated: December 22, 2020.

/s/ Jordan Gottheim
Jordan Gottheim, Esq.
Michael Faillace & Associates PC
60 East 42nd Street, Ste. 4510
New York, New York 10165
Tel: (212) 317-1200 ext. 104
Email: jgottheim@faillacelaw.com
*Counsel for Plaintiffs*