**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

ELDIGADT URZUA and ANTONIA RAMOS ANASTACIO, individually and on behalf of others similarly situated,

    Plaintiffs,

-against-

EL PORTON BAR & RESTAURANT CORP. (D/B/A EL PORTON), EL PORTON BAR & RESTAURANT NO. 2 CORP. (D/B/A EL PORTON BAR), RAFAEL MERLIN , and MEYLEN ENG,

    Defendants.

----------------------------------------------------------X

Case No. 1:19-cv-8090 (AJN)

**(PROPOSED) JUDGMENT**

    WHEREAS on or about December 22, 2020, Defendants EL PORTON BAR & RESTAURANT CORP. (D/B/A EL PORTON), EL PORTON BAR & RESTAURANT NO. 2 CORP. (D/B/A EL PORTON BAR), RAFAEL MERLIN, and MEYLEN ENG extended to Plaintiffs ELDIGADT URZUA and ANTONIA RAMOS ANASTACIO an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of seventy-five thousand dollars and zero cents ($75,000.00), and whereas said Plaintiffs accepted said offer on or about December 22, 2020,

    JUDGMENT shall be entered in favor of said Plaintiffs against said Defendants in the amount of seventy-five thousand dollars and zero cents ($75,000.00).

    Dated:  New York, New York

                _____ , 202\_\_\_ .

                                                            _____
                                                            ALISON J. NATHAN, U.S.D.J.