```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Urzua, *et al.*,

                     Plaintiffs,

          —v—

El Porton Bar & Restaurant Corp., *et al.*,

                     Defendant.

19-cv-8090 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties are to submit a joint status letter by January 15, 2021 updating the Court on the progress of settlement if the parties have not completed settlement by that time.

SO ORDERED.

Dated: December 22, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge